32050.   AWTRY & LOWNDES COMPANY *v.* CITY OF ATLANTA.

MacINTYRE, P. J.   This court in a judgment entered in this case (*Awtry & Lowndes Co.* v. *Atlanta,* 78 *Ga. App.* 390, 50 S. E. 2d, 868), reversed the judgment of the Superior Court of Fulton County, and the Supreme Court on certiorari having reversed the judgment of this court (*City of Atlanta* v. *Awtry & Lowndes Co.,* 205 *Ga.* 296, 53 S. E. 2d, 358), the judgment of reversal originally rendered by this court is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed.   Gardner and Townsend, JJ., concur.*

DECIDED JUNE 28, 1949.

*William A. Fuller, George G. Finch,* for plaintiff.

*J. C. Savage, J. C. Murphy, J. M. B. Bloodworth, John E. Feagin,* for defendant.